## STATE OF MAINE vs. ELMER BRIDGES.

Hancock County.   Decided February 14, 1911.   Complaint
against the defendant in the Western Hancock Municipal Court for
violation of the provisions of Private and Special Laws, 1905,
chapter 181, entitled an act to prohibit scallop fishing in Blue-
hill Bay from the first day of April to the first day of November of
each year.   The defendant was found guilty in the Municipal Court,
appealed to the Supreme Judicial Court where an agreed statement
of facts was filed and the case then reported to the Law Court.
Judgment for the State.   *Wiley C. Conary*, County Attorney, for
the State.   *L. B. Deasy*, for defendant.